UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 4:10-cr-030-TRM-SKL-01 |
| v. | ) |
| | ) |
| ALLEN D. COLE | ) |

## **MEMORANDUM AND ORDER**

ALLEN D. COLE, ("Defendant") appeared for hearings on February 17 and 18, 2021, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant for an Offender Under Supervision ("Petition") in the above matter.

Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel. Federal Defender Services of Eastern Tennessee was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

On February 17, 2021, upon motion of the Government that Defendant be detained without bail pending resolution of his pending Petition, Defendant requested a preliminary and detention hearing and time to prepare for said hearings [Doc. 704 & 706]. On February 18, 2021, Defendant announced to the Court that he was waiving his right to a preliminary hearing and a detention hearing. Thus, the Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order is **GRANTED** and Defendant shall be held in custody by the United States Marshal and produced for future hearings.

Based upon the Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his condition of supervised release as alleged in the Petition.

Also on February 18, 2021, a Joint Motion to Enter Agreed Order with attached Agreed Order of Revocation Judgment [Doc. 708 & Doc. 708-1] were filed.

SO ORDERED.

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE